Frank Burger, Appellant, v. The Snare and Triest Company, Respondent.

*Burger* v. *Snare & Triest Co.,* 105 App. Div. 636, affirmed.
(Argued December 3, 1906; decided December 21, 1906.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered

December 27, 1905, affirming a judgment in favor of defend-ant entered upon the report of a referee in an action to recover for personal injuries alleged to have been received through defendant's negligence.

*J. Newton Fiero* and *Amasa J. Parker* for appellant.

*Hector M. Hitchings* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur: GRAY, O'BRIEN, HAIGHT and VANN, JJ. Dissent-ing: CULLEN, Ch. J., EDWARD T. BARTLETT and WILLARD BARTLETT, JJ.